**93–1220.** State ex rel. Barth v. Kapla. *Cuyahoga County,* No. 62406. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County. Upon consideration of the joint application to dismiss,

IT IS ORDERED by the court that the application be, and the same is hereby, granted, effective April 28, 1994.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**94–566.** State v. Smith. *Clark County,* No. 3010. This cause is pending before the court on the filing of a motion for an order directing the Court of Appeals for Clark County to certify its record. Appellant's request for extension of time to file a memorandum in support of jurisdiction was denied by this court on March 17, 1994. It appears from the records of this court that appellant has not filed a memorandum in support of jurisdiction in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and the same is hereby, dismissed, *sua sponte,* effective April 28, 1994.

**94–815.** State v. Thrasher. *Clark County,* No. 2996. This cause is pending before the court on the filing of a motion for leave to appeal from the Court of Appeals for Clark County and as a claimed appeal as of right from said court. Upon consideration of appellants' application for dismissal,

IT IS ORDERED by the court that said application be, and the same is hereby, granted, effective April 28, 1994.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

*Monday, May 2, 1994*

## MOTION DOCKET

**93–2348.** Cincinnati Bengals, Inc. v. Papania. *Hamilton County,* No. C–920272. This cause is pending before the court on the filing of a motion for an order directing the Court of Appeals for Hamilton County to certify its record. Upon consideration of the joint motion for stay,

IT IS ORDERED by the court, effective April 29, 1994, that the motion for stay is moot as the court in its entry of April 21, 1994, stayed proceedings in this case until May 23, 1994.

## MISCELLANEOUS DISMISSALS

**93–1249.** State ex rel. Gibbs v. Trimble. *Franklin County,* No. 93AP–286. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's application to dismiss,

IT IS ORDERED by the court that the application be, and the same is hereby, granted, effective April 29, 1994.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.